Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
21163 Newport Coast Drive #206
Newport Coast, CA 92657
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Robinson,<br><br>       Plaintiff,<br>  v.<br><br>Iztaccuahtli Gonzalez dba Farmers Insurance, Jill Stern-Henderson, Steven H. Henderson, and Rishi Sachdev<br><br>       Defendants. | Case No. 3:24-cv-06247-TSH<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

Plaintiff David Robinson and Defendants Iztaccuahtli Gonzalez dba Farmers Insurance, Jill Stern-Henderson, Steven H. Henderson, and Rishi Sachdev hereby stipulate and agree to dismiss this entire action of all parties and causes of action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    Respectfully submitted,

    Dated: February 9, 2026

                                    Law Office of Rick Morin, PC

                                    _____

                                    By: Richard Morin
                                    Attorney for Plaintiff

LAW OFFICE OF
RICK MORIN

Dated: February 9, 2026 　　　　　　　　　/s/ Steven H. Henderson

By: Steven H. Henderson
Attorney for Defendants

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in its contents and have authorized the filing.

Dated: February 9, 2026 　　　　　　　　　Law Office of Rick Morin, PC

By: Richard Morin
Attorney for Plaintiff

STIPULATION FOR DISMISSAL